**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Crump          Stephen
      (Last)          (First)         (Initial)

Prisoner Number  V91734

Institutional Address  P.O. Box 3178, Fairfield, California

===================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

STEPHEN CRUMP
(Enter the full name of plaintiff in this action.)

vs.

Ms. Barbara Wells and
California Department
of Corrections / Parole Division
Office Unit II
(Enter the full name of the defendant(s) in this action)

CV 08  3849
Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

E-filing    (PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  Plaintiff out on parole

   B.  Is there a grievance procedure in this institution?

       YES (✓)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?

       YES (✓)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -

1. Informal appeal _Plaintiff filed and sumitted a 602 grievance to the Parole Division Office Unit II, however, he never received a response, and was never able to bring this matter to_
2. ~~First formal level~~ → _..the first formal level. Plaintiff had to continue his grievance with the social security administration along with filing a letter of complaint_
3. ~~Second formal level~~ → _... to the Hon. Judge Ellen K. Thomas, chief Administrative Law Judge, Office of Hearings and Appeals in Falls Church, Virginia._
4. Third formal level _____

E.   Is the last level to which you appealed the highest level of appeal available to you?

   YES (✓)   NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain why. _Plaintiff did not receive any response relevant to his 602 grievance he submitted to Ms. Barbara Wells of the Parole Unit Office within a timely fashion._

II.   Parties.

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

_Stephen Crump, P.O. Box 3178, Fairfield, California 94533_

B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

_Ms. Barbara Wells, CDC social worker,_

COMPLAINT                                          - 2 -

1 | Parole Division Office, Unit II,
2 | 110 12th Street, San Francisco, California 94103
3 | California Department of Corrections, P.O. Box 942883,
4 | Sacramento, California 94283-0001

5 | III. Statement of Claim.

6 | State here as briefly as possible the facts of your case. Be sure to describe how each
7 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
8 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9 | separate numbered paragraph.

10 | Ms. Barbara Wells, social worker for the Parole Division Office, Unit II
11 | along with CDC are forcing plaintiff to commit a federal offense
12 | against the Social Security Administration Office by wanting
13 | plaintiff to make false claims in order to receive social security/
14 | disability benefits. I shall explain. Back on June 28, 2007, I
15 | had attended a MDO hearing which took place at San Luis
16 | Obispo County Superior Court, judge Jac Crawford was
17 | presiding. And during court proceedings Atascadero State Hospital
18 | psychiatrist, Dr. Joshua Deanne testified in court that not only I did
19 | not meet all criterias of being a mentally disorder offender, but also
20 | that I did not have a mental illness. Judge Jac Crawford agreed
21 | with Dr. Deanne's sworn testimony, and as a result, I was de-certified
22 | and released from the state hospital.

continue on additional page(s)

23 | IV. Relief.
24 | Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 | N/A
27 | N/A
28 | N/A

COMPLAINT                                - 3 -

1. N/A
2. N/A
3. N/A
4. N/A

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. *continued from additional page*

... Now, on August 1, 2008, during a mental health group meeting, which I recently attended social worker, Ms. Barbara Wells, for the second time, suggested that I should go down to the social security office and apply for S.S.I. benefits when knowingly I am not eligible for nor I do not have any type of mental illness, in which I have explain to her numerous times before. Ms. Wells even mentioned that she would fill out most of the paperwork to see to it that I receive social security benefits, meaning that she is willing to commit fraud by falsifying federal documents to make it appear as if I have some sort of mental disorder when plaintiff had no previous history of ever being diagnosed as being schizophrenia/paranoia as Ms. Barbara Wells and CDC claims. This is perjury! And if plaintiff does not comply... *continue on next page*

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26. N/A
27. N/A
28. N/A

COMPLAINT                           - 3 -

1  N/A
2  N/A
3  N/A
4  N/A

5  III.    Statement of Claim.

6        State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. continued from previous page

... plaintiff believes that, as a form of a reprisal, his parole will be threaten and jeopardized and that plaintiff's parole agent, Mr. Reyes will violate him and have plaintiff sent back into custody. It is illegal to present a false, fictitious or fraudulent claim. Plaintiff believes that in all dealings with the Federal Government it is naturally very important to tell the truth. In dealing with the Social Security Administration it is equally important to deal fairly and accurately with that agency. Further, plaintiff can be fined and serve jail time by making false claims indicating that he had some kind of mental illness when plaintiff feels he does not. Here is how plaintiff was unlawfully classified by CDC as having a mental disorder. Plaintiff was first incarcerated back in August of 2005, at San Quentin State Prison. And upon his arrival...

continue on next page

23 IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  N/A
27  N/A
28  N/A

COMPLAINT                    - 3 -

1. N/A
2. N/A
3. N/A
4. N/A

III.  Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. continued from previous page

... plaintiff was briefly interviewed and evaluated by prison staff. And during the evaluations, plaintiff was ask by prison officials would he have a problem being in a cell with another inmate or would he prefer to be in a cell to himself. Plaintiff replied by informing staff that he would rather be in a cell to himself, to avoid any kind of problems that may occur. So, plaintiff was assigned and placed in a cell to himself. Then, about three weeks later, plaintiff received a priority ducat to see a psychiatrist by the name of Ms. Amy Coo. And once plaintiff had arrived at Ms. Coo's office and during his session with this psychiatrist was when plaintiff found out that CDC, (without plaintiff's knowledge), had wrongfully and erroneously classified him as being schizo-phrenia and paranoia, due to...

IV.  Relief.     continued on next page

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26. N/A
27. N/A
28. N/A

COMPLAINT                - 3 -

1  N/A
2  N/A
3  N/A
4  N/A

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. continued from previous page ... the fact that plaintiff had previously refused to be placed in a cell with other inmate. And since that time up to now plaintiff has been mistakenly labeled as having a mental disorder, which later led to plaintiff being wrongfully transported to a state hospital. That is how plaintiff became classified as having a mental disorder. In addition, prior to plaintiff's incarceration of August, 2005, he had no history of ever being diagnosed as having a mental illness, there are no court documents or medical records that can substantiate plaintiff ever been schizophrenia or paranoia as the California Department of Corrections claims, and plaintiff had no medical history of ever being prescribed psychotropic medication(s). And plaintiff is...

IV.   Relief.   continue on next page

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  N/A
27  N/A
28  N/A

COMPLAINT                  - 3 -

1 | N/A
2 | N/A
3 | N/A
4 | N/A

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. continued from previous page

... currently is not on any kind of medications now!! There is nothing that would prevent plaintiff from working on a job and he wishes not to receive S.S.I. benefits. Also, plaintiff did recently inform the social security office (in San Francisco, California) that he did not want disability benefits. Another reason why Ms. Wells is attempting plaintiff to apply for benefits is that there is a state budget deficit and parolees who were classified as having a mental illness; part of their rent was being paid by their parole agents. And prior to the state budget deficit, no one at the parole office said anything about parolees paying back any monies relevant to their agents paying part of their rent. Now, all of a sudden, we...

IV. Relief.  continue on next page

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26 | N/A
27 | N/A
28 | N/A

COMPLAINT                     - 3 -

1. N/A
2. N/A
3. N/A
4. N/A

III.   Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. continued from previous page ... must repay them back and most parolees who do have mental illnesses are on SSI, which is not much and so they (the parole office) wishes to garnish their checks.

IV.   Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes. Plantiff seeks punitive damages in the amount of $25,000.00 dollars due to the fact that CDC / Parole Division Office Unit social worker, Ms. Barbara Wells is causing plaintiff to commit a federal...

COMPLAINT                                           - 3 -

1 offense by wanting him to make false claims towards the social security
2 administration to receive S.S.I. benefits, knowingly that plaintiff has
3 no history of being mentally disabiled, and plaintiff wishes to be removed
4 off from mental health status (E.O.P.), in which he was unlawfully
5 placed on by California Department of Corrections. And @ what ever
6 remedy this Court deems necessary. Plaintiff should not be forced to apply for SSI !!

I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this ___8___ day of ___August___, 20_08_

9                                  _Stephen Crump_
10                                (Plaintiff's signature)

---

COMPLAINT                              - 4 -

*Second grievance filed!!*

Form Approved
OMB No. 0960-0045

## SOCIAL SECURITY ADMINISTRATION

## STATEMENT OF CLAIMANT OR OTHER PERSON

| NAME OF WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT | SOCIAL SECURITY NUMBER |
|---|---|
| Steve Crump | 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 |

| NAME OF PERSON MAKING STATEMENT (If other than above wage earner, self-employed person, or SSI claimant) | RELATIONSHIP TO WAGE EARNER, SELF-EMPLOYED PERSON, OR SSI CLAIMANT |
|---|---|
| Steve Crump | Self |

Understanding that this statement is for the use of the Social Security Administration, I hereby certify that - Letter of Complaint!   ①

Once again, I, Steve Crump, am being forced by the Parole Division office Unit II (110 12th Street, San Francisco, California 94103) via California Dept. of Corrections to inappropriately and unlawfully apply for Social Security benefits (S.S.I.). I shall explain in details. Back on June 28, 2007, I had attented a MDO hearing which took place at San Luis Obispo County Superior Court, Judge, Jac Crawford was presiding. And during court proceedings Atascadero State Hospital psychiatrist, Dr. Joshua Deanne testified in court that not only I did <u>not</u> have a mental disorder, but also stated that I did not me the criterias of being a mentally disordered offender (MDO). Judge, Jac Crawford agreed with Dr. Deanne and as a result, I was released from the state hospital. Now, on August 1, 2008, parole division office clinician/social worker, <u>Ms. Barbara Wells</u> is currently jeopardizing and threatening my parole by forcing me (again) to apply for S.S.I benefits, wanting me to make a false claim(s) indicating that I have a mental disorder in which I do <u>not</u> have. Further, Ms. Barbara Wells is causing myself to make a federal offense, which I could go to a federal prison for. It is a crime (federal offense) to make false claims to the social security office stating one has either...

go to next page →

Form SSA-795 (12-2002) EF (12-2002) Destroy Prior Editions

...a disability or mental illness when they do not, such as in my case. In addition, these false and erroneous statements concerning that I'm suppose to have some sort of mental disorder started with the California Dept. of Corrections back in August of 2005. Prior to this date I had no history whatsoever of being diagnosed as having a mental disorder, there's no court documents or medical records that substantiates I ever had any kind of mental illness nor have no medical history of ever either being placed in a mental institution or being prescrible psychotropic medication(s). (And I'm not currently on any medication now!!) In closing, it is my hope that this serious matter can be resolved without the necessity of legal action. I am sure the Chief Administrative Law Judge, Office of Hearings and Appeals will find this issue worthy...

go to last page

Paperwork Reduction Act Statement—This information collection meets the requirements of 44 U.S.C. §3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 15 minutes to read the instructions, gather the facts, and answer the questions. SEND THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. The office is listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213. You may send comments on our time estimate above to: SSA, 1338 Annex Building, Baltimore, MD 21235-0001. Send only comments relating to our time estimate to this address, not the completed form.

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.

### SIGNATURE OF PERSON MAKING STATEMENT

Signature (First name, middle initial, last name) (Write in ink)
SIGN HERE ► *Steve Crump*

Date (Month, day, year): August 2, 2008

Telephone Number (Include Area Code): N/A

Mailing Address (Number and street, Apt. No., P.O. Box, Rural Route): 964 Howard Street, #14

City and State: San Francisco, California

ZIP Code: 94103

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the individual must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address (Number and street, City, State, and ZIP Code) | Address (Number and street, City, State, and ZIP Code) |

(continued from second original page)

... of investigation, and I look forward to hearing from you as to the disposition of this matter.

Dated: <u>August 2, 2008</u>     Respectfully submitted,

Steve Crump