E-filing

*FILED AUG 12 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEPHEN CRUMP       Plaintiff,

vs.

Ms. Barbara Wells, CDC,
Parole Division Office    Defendant.
Unit II

CASE NO. CV 08 3849 CRB (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Stephen Crump, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____  Net: _____0_____

Employer: _____N/A_____

_____N/A_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received. (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   <u>Source Corp Inc., March of 2004, 685 3rd Street,</u>
5   <u>San Francisco, California 94102  Wages: gross amt.</u>
6   <u>$1,360.00 per Month.  Net amt. $1,100.00 per Month.</u>
7   2.   Have you received, within the past twelve (12) months, any money from any of the
8   following sources:
9       a.   Business, Profession or              Yes ___  No ✓
10           self employment
11      b.   Income from stocks, bonds,           Yes ___  No ✓
12           or royalties?
13      c.   Rent payments?                       Yes ✓   No ___
14      d.   Pensions, annuities, or              Yes ___  No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ✓   No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  <u>Plaintiff receives welfare payments in the amount of $373.00 per Month.</u>
22  <u>Also parole unit office partially pays plaintiff's rent of $250.00 per</u>
23  <u>month, which will end as of September 1, 2008</u>
23  3.   Are you married?                         Yes ___  No ✓
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____0_____  Net $_____0_____
28  4.   a.   List amount you contribute to your spouse's support: $____0____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____N/A_____
6  _____N/A_____

7  5.  Do you own or are you buying a home?    Yes ___  No ✓
8  Estimated Market Value: $____0____ Amount of Mortgage: $____0____
9  6.  Do you own an automobile?    Yes ___  No ✓
10 Make ___N/A___ Year ___N/A___ Model ___N/A___
11 Is it financed? Yes ____ No ✓ If so, Total due: $ ____0____
12 Monthly Payment: $ ____0____
13 7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____N/A_____
16 Present balance(s): $ ____0____
17 Do you own any cash? Yes ___ No ✓ Amount: $ ____0____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No ✓
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ ___500.00___  Utilities: ___Included___
23 Food: $ ___Food Stamps___  Clothing: ___N/A___
24 Charge Accounts:

25 Name of Account          Monthly Payment           Total Owed on This Acct.
26 ___N/A___         $ ___0___         $ ___0___
27 ___N/A___         $ ___0___         $ ___0___
28 ___N/A___         $ ___0___         $ ___0___

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Hon. Judge Ellen K. Thomas, Chief Adm. Law Judge, Office of Hearings and Appeals, 5107 Leesburg Pike, Falls Church, VA 22041-3225

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

08/08/2008                           Stephen Cremy
DATE                                 SIGNATURE OF APPLICANT

*Plaintiff is out on parole, not incarcerated.*

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Stephen Crump__ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                          [Authorized officer of the institution]

- 5 -